BENJAMIN B. WAGNER
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:15-CR-00215 LJO-SKO |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE |
| v. | |
| SAMUEL MANZANARES, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Benjamin B. Wagner, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Ernest Lutz, attorney for the defendant, that a status conference scheduled for March 21, 2016 at 1:00 pm before the Honorable Shiela K. Oberto, U.S. Magistrate Judge be continued to May 2, 2016. The reason for the request is because within the past week, defense requested the government conduct additional investigation into the matter. The government agreed. The parties anticipate that the additional time requested will allow the further investigation to proceed, and for the parties to ascertain what, if any affect, the result has on the future of the case.

///
///
///
///

Stipulation 1

The parties further request the Court to enter an Order finding that the "ends of justice" served by a continuance outweigh the interest of the public and the defendant in a speedy trial, and that the delay occasioned by such continuance is excluded from the Act's time limits pursuant to 18 U.S.C. § 3161(h)(7)(A).

Dated: March 17, 2016         Respectfully submitted,

                                      BENJAMIN B. WAGNER
                                      United States Attorney

                               By     /s/ Kimberly A. Sanchez
                                      KIMBERLY A. SANCHEZ
                                      Assistant U.S. Attorney

Dated: March 17, 2016         /s/ Ernest Lutz
                                      ERNEST LUTZ
                                      Attorney for Defendant

### **ORDER**

The parties' stipulated request for a continuance of the status conference is DENIED.

At the third status conference on December 7, 2015, the Court set a further status conference on March 21, 2016, and requested that the parties come to court with a mutually agreeable trial date if the case is not resolved. The parties' proposed trial date can take into account their need for additional investigation.

IT IS SO ORDERED.

Dated:   **March 18, 2016**              **/s/ Sheila K. Oberto**
                                                        UNITED STATES MAGISTRATE JUDGE