1  PHILLIP A. TALBERT
   Acting United States Attorney
2  KIMBERLY A. SANCHEZ
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
   Attorneys for Plaintiff
6  United States of America

7

8                    UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | No. 1:15-CR-00215-LJO-SKO

12 |             Plaintiff,

13 |         v.                  | PRELIMINARY ORDER OF FORFEITURE

14 | SAMUEL MANZANARES,

15 |             Defendant.

16

17     Based upon the plea agreement entered into between United States of America and

18 defendant Samuel Manzanares, it is hereby ORDERED, ADJUDGED AND DECREED as

19 follows:

20     1.   Pursuant to 21 U.S.C. § 853(a), defendant Samuel Manzanares' interest in the

21 following property shall be condemned and forfeited to the United States of America, to be

22 disposed of according to law:

23         a.   Approximately $17,982.00 in U.S. Currency.

24     2.   The above-listed assets constitutes or is derived from any proceeds obtained by the

25 defendant, directly or indirectly, and is property used, intended to be used, in any manner or part,

26 to commit, or to facilitate the commission of, a violation of 21 U.S.C. § 841(a)(1).

27     3.   Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized

28 to seize the above-listed property. The aforementioned property shall be seized and held by the

1  Department of Homeland Security, Customs and Border Protection in its secure custody and
2  control.

3     4.    a. Pursuant to 21 U.S.C. § 853(n), and Local Rule 171, the United States shall
4  publish notice of the order of forfeiture.  Notice of this Order and notice of the Attorney
5  General's (or a designee's) intent to dispose of the property in such manner as the Attorney
6  General may direct shall be posted for at least 30 consecutive days on the official internet
7  government forfeiture site www.forfeiture.gov.  The United States may also, to the extent
8  practicable, provide direct written notice to any person known to have alleged an interest in the
9  property that is the subject of the order of forfeiture as a substitute for published notice as to those
10 persons so notified.

11     b. This notice shall state that any person, other than the defendant, asserting a
12 legal interest in the above-listed property, must file a petition with the Court within sixty (60)
13 days from the first day of publication of the Notice of Forfeiture posted on the official
14 government forfeiture site, or within thirty (30) days from receipt of direct written notice,
15 whichever is earlier.

16     5.    If a petition is timely filed, upon adjudication of all third-party interests, if any,
17 this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(a), in which all
18 interests will be addressed.

19
20 IT IS SO ORDERED.

21    Dated:   **June 29, 2016**          **/s/ Lawrence J. O'Neill**
                                                    UNITED STATES CHIEF DISTRICT JUDGE

PRELIMINARY ORDER OF FORFEITURE     2