ERNEST LUTZ, ESQ.
Cal. Bar No. 182089
LAW OFFICES OF ERNEST LUTZ
18411 Crenshaw Blvd., Suite 404
Torrance, CA 90504
Phone: (310) 266-2818
Fax: (310) 861-1721
Lawofficesofernestlutz@gmail.com

MICHAEL D. GRAHN, ESQ.
Cal. State Bar No. 228316
LAW OFFICES OF MICHAEL D. GRAHN
8749 Holloway Drive
West Hollywood, CA 90069
Phone:  (323) 775-9806
Fax:     (323) 927-1646
Michael@GrahnLaw.com

Attorneys for Defendant,
SAMUEL MANZANARES

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No.: 1:15-CR-00215 LJO |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO CONTINUE SENTENCING OF DEFENDANT SAMUEL MANZANARES** |
| **SAMUEL MANZANARES,** | |
| Defendants. | |

## STIPULATION

IT IS HEREBY STIPULATED by Defendant SAMUEL MANZANARES, by and through his attorneys of record, Michael D. Grahn, Esq. and Ernest Lutz, Esq., and Plaintiff UNITED STATES OF AMERICA, by and through its counsel of record, the United States Attorney for the Eastern District of California and Assistant United States Attorney Kimberly A. Sanchez, that the sentencing for Defendant Samuel Manzanares, currently calendared for August

29, 2016 at 8:30 a.m. before the Honorable Lawrence J. O'Neill, shall be continued to September 19, 2016 at 10:30 a.m.

Further, the Parties stipulate that good cause exists for the continuance based on the factors for excludable time under the Speedy Trial Act, 18 U.S.C. § 3161 *et. seq*., as the delay is necessary in order to allow sufficient time for preparation of sentencing arguments for the defendant.

Most critically, counsel for the Defendant, Michael D. Grahn, is engaged on the date scheduled for the sentencing in this matter for sentencing in the Central District in case number SA CR 12-00240-JVS-05. Additionally, attorneys for the Defendant have had heavier than usual calendars over the past several weeks. Examples of the unusually heavy calendars during the past several weeks are as follows. Mr. Grahn and Mr. Lutz prepared sentencing memorandum and PSR objections in case number 16-CR-00683-001-BAS, which was heard in the Southern District on August 22, 2016; Mr. Grahn and Mr. Lutz are involved in a proffer and plea negotiations in the Southern District of Indiana in case number 16-CR-0003-WTL-TAB-1; Mr. Grahn is working on complicated sentencing issues related to Central District case number 16-CR-00100-SVW. Additionally, over the past few weeks Mr. Lutz was engaged in preliminary hearings in several Los Angeles Superior Court cases, including People v. Padilla and People v. Lozano; Mr. Lutz was also engaged in a preliminary hearing in Riverside Superior Court in People v. Villanuevafuentes.

///

///

///

For all the foregoing reasons the undersigned hereby stipulate to a continuance of the sentencing of defendant SAMUEL MANZANARES, in order to allow sufficient time for counsel for the Defendant to prepare sentencing arguments.

Dated:  August 24, 2016

Respectfully Submitted,

  /s/ Michael D. Grahn                              .
MICHAEL D. GRAHN, ESQ.
Attorney for Defendant
SAMUEL MANZANARES


  /s/ Ernest Lutz                                        .
ERNEST LUTZ, ESQ.
Attorney for Defendant
SAMUEL MANZANARES


  /s/ Kimberly A. Sanchez                      .
KIMBERLY A. SANCHEZ
Assistant United States Attorney

**ORDER**

GOOD CAUSE APPEARING, as set forth in the stipulation of the parties, IT IS HEREBY ORDERED that the Sentencing Hearing for Defendant SAMUEL MANZANARES, currently calendared for August 29, 2016 at 8:30 a.m., shall be taken off calendar and the Sentencing shall be calendared for September 19, 2016 at 10:30 a.m.  The Court finds that the delay is necessary in order to allow sufficient time for preparation of sentencing arguments for the Defendant.

NO FURTHER CONTINUANCES.

IT IS SO ORDERED.

Dated:   **August 25, 2016**              /s/ Lawrence J. O'Neill
                                                  UNITED STATES CHIEF DISTRICT JUDGE